**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

| MARESHA W. TAMENE, | Case No. 2:19-cv-00899-GMN-BNW |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| ARVEST CENTRAL MORTGAGE CO., TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Maresha W. Tamene ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On May 28, 2019, Plaintiff filed her Complaint. On May 31, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 21, 2019.

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including July 12, 2019, provided that Trans Union's Counsel will participate in a 26(f) Discovery Scheduling Conference. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 19th day of June 2019.

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK LLC**

//S// Matthew Knepper
Matthew I. Knepper
Miles N. Clark
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

///

///

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 20th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE