| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | R. Samuel Ehlers, Esq. |
| 2 | Nevada Bar No. 9313 |
| | Ramir M. Hernandez, Esq. |
| 3 | Nevada Bar No. 13146 |
| | 7785 W. Sahara Ave., Suite 200 |
| 4 | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | rhernandez@wrightlegal.net |
| 6 | *Attorneys for Defendants, Arvest Central Mortgage Company and Toyota Motor Credit Corporation* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARESHA W. TAMENE, | Case No.: 2:19-cv-00899-GMN-BNW |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| ARVEST CENTRAL MORTGAGE CO., TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Maresha W. Tamene ("Plaintiff"), and Defendant, Toyota Motor Credit Corporation ("TMCC") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 28, 2019, Plaintiff filed her Complaint [ECF No. 1]. TMCC was served with Plaintiff's Complaint on June 3, 2019. As such, TMCC's deadline to respond to the Complaint is June 24, 2019. The Parties have discussed extending the deadline for TMCC to respond to Plaintiff's Complaint by three weeks while the Parties explore the potential for settlement.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for TMCC to file its responsive pleading to Plaintiff's Complaint to July 15, 2019.

/././

/././

1    This is the first stipulation for extension of time for TMCC to file its responsive pleading.
2    The extension is requested in good faith and is not for purposes of delay or prejudice to any other
3    party.

DATED this 21st day of June, 2019.　　　　DATED this 21st day of June, 2019.
WRIGHT, FINLAY & ZAK, LLP　　　　　　　KNEPPER & CLARK LLC

/s/ Ramir M. Hernandez, Esq.　　　　　　　　　/s/ Matthew I. Knepper, Esq.
R. Samuel Ehlers, Esq.　　　　　　　　　　　　Matthew I. Knepper, Esq.
Nevada Bar No. 9313　　　　　　　　　　　　　Nevada Bar No. 12796
Ramir M. Hernandez, Esq.　　　　　　　　　　　Miles N. Clark, Esq.
Nevada Bar No. 13146　　　　　　　　　　　　　Nevada Bar No. 13848
7785 W. Sahara Ave., Suite 200　　　　　　　　　10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89117　　　　　　　　　　　　　Las Vegas, NV 89129
*Attorneys for Defendants, Arvest Central*　　　　*Attorneys for Plaintiff, Maresha W.*
*Mortgage Company and Toyota Motor Credit*　　*Tamene*
*Corporation*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2019