WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendants, Arvest Central Mortgage Company and Toyota Motor Credit Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARESHA W. TAMENE,<br><br>Plaintiff,<br><br>vs.<br><br>ARVEST CENTRAL MORTGAGE CO., TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-00899-GMN-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, Maresha W. Tamene ("Plaintiff"), and Defendant, Toyota Motor Credit Corporation ("TMCC") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 28, 2019, Plaintiff filed her Complaint [ECF No. 1]. TMCC was served with Plaintiff's Complaint on June 3, 2019. The Parties have previously stipulated to extend TMCC's deadline to respond to the Complaint until July 15, 2019. The Parties have since made significant progress to an informal resolution of this case and again discussed extending the deadline for TMCC to respond to Plaintiff's Complaint by two weeks while the Parties finalize a resolution without further intervention from the Court.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for TMCC to file its responsive pleading to Plaintiff's Complaint to July 29, 2019.

This is the second stipulation for extension of time for TMCC to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 12th day of July, 2019.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants, Arvest Central Mortgage Company and Toyota Motor Credit Corporation*

DATED this 12th day of July, 2019.
KNEPPER & CLARK LLC

*/s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Maresha W. Tamene*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 16, 2019