WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendants, Arvest Central Mortgage Company and Toyota Motor Credit Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARESHA W. TAMENE,<br><br>Plaintiff,<br><br>vs.<br><br>ARVEST CENTRAL MORTGAGE CO., TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-00899-GMN-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff, Maresha W. Tamene ("Plaintiff"), and Defendant, Arvest Central Mortgage Company ("ACMC") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 28, 2019, Plaintiff filed the Complaint [ECF No. 1]. ACMC was served with Plaintiff's Complaint on June 3, 2019. ACMC's original deadline to respond to the Complaint was June 24, 2019. The parties then stipulated to extend ACMC deadline to respond to July 15, 2019. The parties then stipulated a second time to extend ACMC's deadline to July 29, 2019. The Parties have again discussed extending the deadline for ACMC to respond to Plaintiff's Complaint an additional two weeks. The parties have essentially resolved their dispute and are finalizing their resolution. The person who will assist in resolving the dispute from ACMC is not available until August 5, 2019. Once that person from ACMC returns, the final steps to

resolve the dispute will be executed. If all goes as planned, it is anticipated that Plaintiffs will enter a voluntary dismissal against ACMC at that time. If not, ACMC will file an Answer or otherwise responsive pleading.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for ACMC to file its responsive pleading to Plaintiff's Complaint to August 12, 2019.

This is the third stipulation for extension of time for ACMC to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 29th day of July, 2019.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants, Arvest Central Mortgage Company and Toyota Motor Credit Corporation*

DATED this 29th day of July, 2019.
KNEPPER & CLARK LLC

*/s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Maresha W. Tamene*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2019