**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| MARESHA W. TAMENE,<br><br>Plaintiff,<br><br>v.<br><br>ARVEST CENTRAL MORTGAGE CO., TOYOTA MOTOR CREDIT CORP., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC,<br><br>Defendants. | Case No. 2:19-cv-00899-GMN-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

Plaintiff Maresha W. Tamene and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

///

///

///

///

///

1  KB/26253

There are no longer any issues in this matter between Maresha W. Tamene and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated this 10th day of October 2019.

| | |
|---|---|
| **ALVERSON TAYLOR & SANDERS** | **KNEPPER & CLARK LLC** |
| //S// Trevor R. Waite | //S// Matthew I. Knepper |
| Kurt Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, Nevada 89149<br>Telephone: (702) 384-7000<br>Facsimile: (702) 385-700<br>kbonds@alversontaylor.com<br>twaite@alversontaylor.com | Matthew I. Knepper<br>Miles N. Clark<br>5510 So. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br>Telephone: (702) 856-7430<br>Facsimile: (702) 447-8048<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com |
| *Counsel for Trans Union LLC* | David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br>Facsimile: (702) 383-5518<br>dkrieger@hainesandkrieger.com |
| | *Counsel for Plaintiff* |

**IT IS SO ORDERED.**

_____
GLORIA M. NAVARRO, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

**DATED** this __18__ day of October, 2019.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000